# EXHIBIT F

# Susan O

| | |
|---|---|
| **From:** | Tribeca Grand Ent. <info@thetribecagrandband.com> |
| **Sent:** | Thursday, December 28, 2017 2:16 PM |
| **To:** | Robert Brady |
| **Cc:** | Susan O; Larry Waslow |
| **Subject:** | Re: Subcontractor obligations |

Thank you Sir.
Happy New Year to you as well.

Sent from my iPhone

On Dec 28, 2017, at 2:08 PM, Robert Brady <RBrady@United-Bankruptcy.com> wrote:

> Thank you, Have a Happy New Year. We'll touch base with you then
>
>> **From:** Tribeca Grand Ent. [mailto:info@thetribecagrandband.com]
>> **Sent:** Thursday, December 28, 2017 2:05 PM
>> **To:** Robert Brady <RBrady@United-Bankruptcy.com>
>> **Cc:** susano@fellheimer.net; Larry Waslow <LWaslow@United-Bankruptcy.com>
>> **Subject:** Re: Subcontractor obligations
>>
>> No sir. As a pass through, there's been no return. I will send copies upon completion of 2017 1099s along with the 1096.
>>
>> Sent from my iPhone
>>
>> On Dec 28, 2017, at 1:32 PM, Robert Brady <RBrady@United-Bankruptcy.com> wrote:
>>
>>> That's fine, please send copies. Do you do the returns as well?
>>>
>>>> **From:** Tribeca Grand Ent. [mailto:info@thetribecagrandband.com]
>>>> **Sent:** Thursday, December 28, 2017 1:10 PM
>>>> **To:** Robert Brady <RBrady@United-Bankruptcy.com>
>>>> **Cc:** susano@fellheimer.net; Larry Waslow <LWaslow@United-Bankruptcy.com>
>>>> **Subject:** Re: Subcontractor obligations
>>>>
>>>> Thank you Sir.
>>>> I usually prepare the 1099's and and issue them. I'm happy to oblige with your permission, as I cannot afford an accountant.
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Dec 28, 2017, at 1:00 PM, Robert Brady <RBrady@United-Bankruptcy.com> wrote:
>>>>
>>>>> Please pay your subcontractors as usual, will your accountant be issuing the 1099's for these folks in January?

1

**From:** info@thetribecagrandband.com
[mailto:info@thetribecagrandband.com]
**Sent:** Thursday, December 28, 2017 12:54 PM
**To:** Robert Brady <RBrady@United-Bankruptcy.com>
**Cc:** susano@fellheimer.net; Larry Waslow <LWaslow@United-Bankruptcy.com>
**Subject:** RE: Subcontractor obligations

> --------- Original Message ---------
> Subject: RE: Subcontractor obligations
> From: "Robert Brady" <RBrady@United-Bankruptcy.com>
> Date: 12/28/17 12:29 pm
> To: "info@thetribecagrandband.com" <info@thetribecagrandband.com>
> Cc: "susano@fellheimer.net" <susano@fellheimer.net>, "Larry Waslow" <LWaslow@United-Bankruptcy.com>
>
> I could not open the attachment, we do not use apple products in our office. Could you send a different way. PDF would be great
>
>
> **From:** info@thetribecagrandband.com
> [mailto:info@thetribecagrandband.com]
> **Sent:** Thursday, December 28, 2017 11:53 AM
> **To:** Robert Brady <RBrady@United-Bankruptcy.com>
> **Cc:** susano@fellheimer.net; Larry Waslow <LWaslow@United-Bankruptcy.com>
> **Subject:** RE: Subcontractor obligations
>
>
> Attached, please find the status of the WSFS account as of todays date.
>
> Please advise of any further information required that I may provide.
>
>
>
> Thank you
>
>
> --------- Original Message ---------
>
> Subject: RE: Subcontractor obligations
> From: "Robert Brady" <RBrady@United-

2

Bankruptcy.com>
Date: 12/28/17 11:29 am
To: "info@thetribecagrandband.com"
<info@thetribecagrandband.com>
Cc: "susano@fellheimer.net"
<susano@fellheimer.net>, "Larry Waslow"
<LWaslow@United-Bankruptcy.com>

I am sure the monies are available in the account to pay these, I am still waiting on all the up to date info on these accounts as well.

**From:** info@thetribecagrandband.com
[mailto:info@thetribecagrandband.com]
**Sent:** Thursday, December 28, 2017 11:22 AM
**To:** Robert Brady <RBrady@United-Bankruptcy.com>
**Cc:** susano@fellheimer.net
**Subject:** Subcontractor obligations

Hello Mr. Brady,

Below is the list of subcontractor obligation due on 12/31/2017. Please advise how you wish to proceed.

<u>December 31st, 2017 NYE</u>

Jeffrey Knoettner -Pianist $  (900.00)
Felix Manzi  -Drummer$  (800.00)
Andrew Neu -Saxophonist$  (600.00)
Peter Neu -Trumpeter$  (600.00)
John Loos -Trombonist$  (600.00)
Matthew Mc Closkey -Guitarist$  (800.00)
Vincent Di Renzo -Bassist$ (1,100.00)
Gary Baylis -Male vocalist$  (900.00)
Female "$  (    0.00)
Clinton Brown -Sound engineer $  (1,200.00)

3



# Activity - Deposit Accounts

| | |
|---|---|
| Report created: | 12/28/2017 11:48:55 AM (ET) |
| Account: | ▓▓▓▓▓▓▓▓▓▓ Checking • WSFS SMALL BUSINESS CHECKING • Available $8,680.97 |
| Date range: | 12/15/2017 to 12/28/2017 |
| Transaction types: | All transactions |
| Detail option: | Includes transaction detail |

▓▓▓▓▓▓▓▓▓▓ • **Checking** • **WSFS SMALL BUSINESS CHECKING** • **Available $8,680.97**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 12/26/2017 | 122600608113910 | | DEPOSIT TLR 608 BR 306 | | $7,500.00 | $8,680.97 |
| 12/28/2017 | Totals | | | $0.00 | $7,500.00 | |